IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RAFAEL SEGOVIA,** <br> **an individual,** <br> <br> **PLAINTIFF,** <br> **V.** <br> <br> **LGL OAK LAWN PROPERTIES,** <br> **LLC** <br> **a limited liability company,** <br> <br> **DEFENDANT.** | \* <br> \* <br> \* <br> \* <br> \* <br> \* CASE NO.  3:22-CV-364-N <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* |

JOINT STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 17th day of August, 2022.

> By:*/s/ Duncan Strickland*
> Duncan Strickland
> Counsel for Plaintiff
> State Bar No.:  24072374
> 13423 Blanco Road, San Antonio, TX 78216
> Telephone: (210) 504-7874
> E-mail:  Duncan@TexasLandLordAttorney.com
>
>
> By: */s/ David M. Owens*
> David M. Owens
> Counsel for Defendant
> State Bar No.:
> 3333 Lee Parkway, 8th Floor, Dallas, Texas 75219
> Telephone: (214) 560-1708
> E-mail:  dodens@settlepou.com

## CERTIFICATE OF SERVICE

I certify that, on August 17, 2022, I filed a copy of the foregoing document through the Court's CM/ECF system, and e-mailed a copy of the filing with link to the document to "dodens@settlepou.com."

*/s/ Duncan Strickland*
